# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO CALDERON, : | |
|     Plaintiff, : | Case No. 3:24-CV-1603 (VDO) |
| : | |
| v. : | |
| : | |
| COBANK, et al. : | December 16, 2024 |
|     Defendants. : | |

## **MOTION TO DISMISS**

Pursuant to Local Civil Rule 7(a) and Federal Rule of Civil Procedure 12(b)(6), the Honorable Janet C. Hall and the United States District Court for the District of Connecticut ("the District Court") respectfully moves the Court to dismiss Pablo Calderon's ("Plaintiff") complaint against Judge Hall and the District Court. Specifically, Plaintiff's complaint fails to state a claim against Judge Hall and the District Court, as they are absolutely immune from challenge through private civil suit.

In accordance with Local Civil Rule 7(a), Judge Hall and the District Court provide the accompanying memorandum of law in support of this motion.

                                                      Respectfully submitted,

                                                      VANESSA ROBERTS AVERY
                                                      UNITED STATES ATTORNEY

                                                      _/s/_____
                                                      J. Brian Meskill (ct29611)
                                                      Assistant United States Attorney
                                                      450 Main Street, Rm. 328
                                                      Hartford, CT 06103
                                                      T: (203) 821-3700
                                                      F: (203) 773-5373
                                                      Brian.Meskill@usdoj.gov